

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2015

No. 04-15-00273-CV

Buddy **STEEL** and Jaret Casteel,
Appellants

v.

Amelia **STAYTON**,
Appellee

From the County Court, Real County, Texas
Trial Court No. 2014-0138CC
Honorable Garry A. Merritt, Judge Presiding

# O R D E R

In this appeal, the reporter's record was due on June 29, 2015. *See* TEX. R. APP. P. 35.1. On July 2, 2015, court reporter Lisa C. Greenwalt filed a notification of late reporter's record. It states the reporter is waiting on payment for the record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee. If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS after the clerk's record is filed, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due not later than THIRTY DAYS from the date Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2015.

Keith E. Hottle
Clerk of Court

